```
                                              U. S. DISTRICT COURT
                                              EASTERN DISTRICT OF LOUISIANA
                                              FILED    MAY 08 2009
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA              LORETTA G. WHYTE
                                                          CLERK
```

KIMBERLY FRANKLIN                           CIVIL ACTION NO.

v                                           **09-3476**

OCHSNER KENNER REGIONAL                     JUDGE:
MEDICAL CENTER                              Magistrate Judge: **SECT. S MAG 1**

## COMPLAINT

### Jurisdiction and venue

1. Jurisdiction is based on 42 USC sec. 2000e-5(f)(3). Venue is proper because all conduct occurred in this district. Plaintiff received a Right-to-sue letter dated February 20, 2009. Exhaustion of remedies is not jurisdictional.

### Parties

2. Plaintiff is an African-American who was a surgical technician for Ochsner Kenner Regional Regional Medical Center which employs over 500 people. She was discharged on March 4, 2008.

### Conduct alleged

3. Plaintiff was alleged to have been sleeping in a patient's room and upright on a sofa during a vaginal delivery and was discharged for those purported offenses.

4. She contends that her discharge was racially discriminatory in that a white RN (Julie LNU) reported to work drunk, was allowed to sleep it off, and was not discharged.

### Relief sought

5. Plaintiff seeks all legal and equitable damages, including, but not limited to lost wages, damages for emotional distress, punitive damages, attorney fees, costs and trial by jury.

Respectfully submitted,

*/s/ Courtney Wilson*
Courtney Wilson 13561
1510 Veterans Blvd
Metairie, La 70005
504/832-0585

Fee _Pauper_
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____