UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


KIMBERLY FRANKLIN                           CIVIL ACTION

VERSUS                                       NO: 09-3476

OCHSNER KENNER REGIONAL                     SECTION: "S" (2)
MEDICAL CENTER


# ORDER

Represented by counsel, Kimberly Franklin filed an *in forma pauperis* complaint, pursuant to 42 U.S.C. § 2000e (Title VII) against Ochsner Kenner Regional Medical Center (Ochsner), alleging employment discrimination based on race. A summons was issued as to Ochsner. On August 14, 2009, the magistrate judge granted counsel's motion to withdraw, and Franklin proceeded *pro se*.

The magistrate judge ordered Frank to file evidence that the summons and complaint were served on Ochsner by September 16, 2009, pursuant to Federal Rule of Civil Procedure 4(m), and cautioned her that her complaint may be dismissed without prejudice if she did not comply. Rec. doc. #6. On September 16, 2009, Franklin requested additional time, and she was advised to file evidence of service by October 7, 2009. Further, Franklin was told to call the magistrate judge if she was unable to comply and cautioned that the complaint would be

dismissed without prejudice. Rec. doc. #7. Franklin did not comply, and the magistrate judge issued a report and recommendation recommending that the complaint be dismissed without prejudice.

Franklin filed an objection to the report and recommendation, asserting that she served Ochsner on September 29, 2009, and that she did not know that she was supposed to notify the court. Franklin presents no evidence that the complaint and summons were served on Ochsner. Accordingly, the objection to the magistrate judge's report and recommendation is overruled.

The court has considered the complaint, the record, the applicable law, the report and recommendation, and the objections to the magistrate judge's report and recommendation. The report and recommendation of the magistrate judge is approved and adopted as the opinion of the court.

**IT IS HEREBY ORDERED** that Kimberly Franklin's complaint is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 25th day of November, 2009.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**